No. 97–5571. GAINES *v.* NORTH CAROLINA; and
No. 97–5613. HARRIS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. Reported below: 345 N. C. 647, 483 S. E. 2d 396.

No. 97–5572. CALIA *v.* KEMNA, SUPERINTENDENT, WESTERN MISSOURI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 97–5577. RHODES *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–5578. PERALTA, AKA MARTINEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 97–5579. KING *v.* BUREAU OF INDIAN AFFAIRS ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5580. TRAVIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5582. OTIS *v.* THISIUS ET AL. Ct. App. Minn. Certiorari denied.

No. 97–5584. MAUS *v.* KENNEDY. Sup. Ct. Wis. Certiorari denied.

No. 97–5587. DAVIS, AKA CARGO *v.* WHITE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–5589. GRIST *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–5592. HAYES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5594. WICKS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5596. SETH *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5597. CROWDER *v.* UNITED STATES ET AL. (two judgments). C. A. 3d Cir. Certiorari denied.